UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUDSON EXCESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BONNY TORRIDON LLC, et al.,<br><br>Defendants. | Case No.  25-cv-05807-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 26 |

The Parties report that this case has settled and request the Court vacate all deadlines. Dkt. 26. All previously scheduled deadlines and appearances are hereby **VACATED**.

If a dismissal is not filed within the 45 days estimated by the Parties, *i.e.*, by **November 3, 2025**, the Parties shall file a statement in response to this Order to show cause no later than November 3, 2025, advising as to (1) the status of the Parties efforts to finalize settlement and (2) how much additional time is requested to finalize the settlement and file the dismissal. If no dismissal is filed, the Parties shall then appear on December 9, 2025 at 10:00 a.m. and show cause, if any, why the case should not be dismissed, unless otherwise ordered by this Court.

**SO ORDERED.**

Dated: September 18, 2025

SUSAN VAN KEULEN
United States Magistrate Judge